IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HITACHI RAIL STS USA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>    Defendant. | CASE NO.: 1:24-cv-10998 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Plaintiff Hitachi Rail STS USA, Inc. certifies that the following individuals or entities have citizenship that may be attributed to Hitachi Rail:

1. Hitachi Rail STS USA, Inc. is the plaintiff in this action, is incorporated in Delaware and has its principal place of business in Pittsburgh, PA.

2. Hitachi Rail STS USA, Inc. is a wholly owned subsidiary of Hitachi Rail STS S.p.A. Hitachi Rail STS S.p.A is headquartered in Genoa, Italy and is not a publicly held corporation.

Dated: April 16, 2024

Respectfully submitted,

PLAINTIFF, HITACHI RAIL STS USA, INC.

By its attorneys,

*/s/ Wendy Venoit*

Wendy Kennedy Venoit (BBO #56857)
Douglas J. Mackin (BBO #708812)
Cozen O'Connor
200 State Street, Suite 1105
Boston, MA 02109
Tel: 617-849-5002
wvenoit@cozen.com
dmackin@cozen.com