**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **HITACHI RAIL STS USA, INC.** ) | |
| ) | **CASE NO. 1:24-CV-10998-MJJ** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MASSACHUSETTS BAY** ) | |
| **TRANSPORTATION AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |

**UNOPPOSED MOTION TO WITHDRAW**
**APPEARANCE OF MICHAEL KYLE REYNOLDS**

Plaintiff Hitachi Rail STS USA, Inc. ("Hitachi Rail") respectfully moves the Court to withdraw the appearance of M. Kyle Reynolds as counsel of record for Hitachi Rail. As of July 3, 2024, Mr. Reynolds is no longer affiliated with the law firm of Vinson & Elkins LLP. Hitachi Rail will continue to be represented by its other counsel of record from Vinson & Elkins LLP and Cozen O'Connor.

Dated: July 26, 2024

Respectfully submitted,

PLAINTIFF, HITACHI RAIL STS USA, INC.
By its attorneys,

*/s/ Douglas J. Mackin*
Wendy Kennedy Venoit (BBO #56857)
Douglas J. Mackin (BBO #708812)
Cozen O'Connor
200 State Street, Suite 1105
Boston, MA 02109
Tel: 617-849-5002
wvenoit@cozen.com
dmackin@cozen.com

2

*/s/ Peter Danysh*
James L. Loftis*
Peter Danysh*
M. Kyle Reynolds*
Vinson & Elkins LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel: 713-758-2222
jloftis@velaw.com
pdanysh@velaw.com
kreynolds@velaw.com

*\* Appearing pro hac vice*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Peter Danysh, counsel for Hitachi Rail STS USA, Inc. in the above-captioned matter, hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Hitachi Rail STS USA, Inc. conferred with counsel for Defendant regarding the relief requested in this motion. On July 24, 2024, counsel for Defendant informed counsel for Hitachi Rail STS USA, Inc. via e-mail that they do not oppose the relief requested in this motion.

Date: July 26, 2024           */s/ Peter Danysh*
                              Peter Danysh

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 26, 2024.

Date: July 26, 2024           */s/ Peter Danysh*
                              Peter Danysh