**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **HITACHI RAIL STS USA, INC.** | ) | |
| | ) | **CASE NO. 1:24-CV-10998-MJJ** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MASSACHUSETTS BAY** | ) | |
| **TRANSPORTATION AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiff Hitachi Rail STS USA, Inc., f/k/a Ansaldo STS USA ("Plaintiff" or "Hitachi Rail") and Defendant Massachusetts Bay Transportation Authority ("Defendant" or "MBTA") (together the "Parties") hereby submit this Joint Motion for Stay of Proceedings and Deadlines.

The Parties have reached a settlement in principle and are actively working to finalize the terms of the settlement agreement and secure the necessary approvals for Defendant to enter into the same. The Parties seek to stay proceedings and deadlines in this matter to allow time to finalize the settlement agreement and to avoid unnecessary expense in the interim. The Parties anticipate finalizing the settlement agreement and securing the necessary approvals by the end of May.

The Parties assert that granting this stay will not prejudice either of the Parties and will not unduly delay the resolution of the case. Instead, it will conserve judicial resources and promote an efficient resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion for Stay and enter an Order staying all proceedings in this matter, including all upcoming deadlines, hearings, or other scheduled activities, until June 16, 2025 to allow the Parties time to finalize the

settlement agreement and submit a stipulation of dismissal to the Court under Fed. R. Civ. P. Rule

41(a).

Respectfully submitted,

PLAINTIFF HITACHI RAIL STS USA,  
INC., F/K/A ANSALDO STS USA  
By its Attorneys,

/s/ Douglas J. Mackin_____  
Wendy K. Venoit (BBO No. 56857)  
Douglas J. Mackin (BBO No. 708812)  
COZEN O'CONNOR  
200 State Street, Suite 1105  
Boston, MA 02109  
Tel: (617) 849-5002  
wvenoit@cozen.com  
dmackin@cozen.com

-and-

/s/ James L. Loftis_____  
James L. Loftis*  
Peter Danysh*  
Lawrence Winsor*  
VINSON & ELKINS LLP  
845 Texas Avenue, Suite 4700  
Houston, TX 77002  
Tel: 713-758-2222  
jloftis@velaw.com  
pdanysh@velaw.com  
lwinsor@velaw.com

*Appearing pro hac vice

DATED: March 12, 2025

DEFENDANT MASSACHUSETTS BAY  
TRANSPORTATION AUTHORITY,  
By its Attorneys,

/s/ Jeffrey S. Follett_____  
Jeffrey S. Follet (BBO No. 564337)  
LAW OFFICE OF JEFFREY S. FOLLETT  
25 Garfield Street  
Watertown, MA 02472  
Boston, MA 02109  
Tel: (617) 744-9255  
Jeff@jfollettlegal.com

-and-

/s/ Nina Pickering-Cook_____  
Nina Pickering-Cook (BBO No. 668030)  
Jared D. Kadich (BBO No. 707329)  
ANDERSON KREIGER LLP  
50 Milk Street, 21st Floor  
Boston, MA 02109  
Tel: (617) 621-6500  
npickeringcook@andersonkreiger.com  
jkadich@andersonkreiger.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on March 12, 2025 this Joint Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Douglas J. Mackin*
Douglas J. Mackin (BBO No. 708812)