IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HITACHI RAIL STS USA, INC.** | ) |
| | )    **CASE NO. 1:24-CV-10998-MJJ** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MASSACHUSETTS BAY** | ) |
| **TRANSPORTATION AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Hitachi Rail STS USA, Inc., f/k/a Ansaldo STS USA and Defendant Massachusetts Bay Transportation Authority (each a "Party") hereby stipulate that the above-captioned action, including all claims and counterclaims, is hereby dismissed with prejudice, without costs to either Party, and with all rights of appeal waived.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF HITACHI RAIL STS USA, INC., F/K/A ANSALDO STS USA<br>By its Attorneys, | DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br>By its Attorneys, |
| | |
| */s/ Douglas J. Mackin*<br>Wendy K. Venoit (BBO No. 56857)<br>Douglas J. Mackin (BBO No. 708812)<br>COZEN O'CONNOR<br>200 State Street, Suite 1105<br>Boston, MA 02109<br>Tel: (617) 849-5002<br>wvenoit@cozen.com<br>dmackin@cozen.com | */s/ Jeffrey S. Follett*<br>Jeffrey S. Follett (BBO No. 564337)<br>LAW OFFICE OF JEFFREY S. FOLLETT<br>25 Garfield Street<br>Watertown, MA 02472<br>Boston, MA 02109<br>Tel: (617) 744-9255<br>Jeff@jfollettlegal.com |
| -and- | -and- |
| */s/ James L. Lofts*<br>James L. Loftis*<br>Peter Danysh* | */s/ Nina Pickering-Cook*<br>Nina Pickering-Cook (BBO No. 668030)<br>Jared D. Kadich (BBO No. 707329) |

| | |
|---|---|
| Lawrence Winsor* <br> VINSON & ELKINS LLP <br> 845 Texas Avenue, Suite 4700 <br> Houston, TX 77002 <br> Tel: 713-758-2222 <br> jloftis@velaw.com <br> pdanysh@velaw.com <br> lwinsor@velaw.com | ANDERSON KREIGER LLP <br> 50 Milk Street, 21st Floor <br> Boston, MA 02109 <br> Tel: (617) 621-6500 <br> npickeringcook@andersonkreiger.com <br> jkadich@andersonkreiger.com |

*Appearing pro hac vice*

DATED: September 18, 2025

## CERTIFICATION OF SERVICE

I hereby certify that on September 18, 2025 this Joint Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Douglas J. Mackin*
Douglas J. Mackin (BBO No. 708812)
